IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RONNIE GENE EDWARDS, | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 2:15-CV-00171-J |
| KENT MICHAEL EVERETT; XPRESS GLOBAL SYSTEMS, INC.; and U.S. XPRESS, INC., | § § § § | |
| Defendants. | § § | |

### ORDER

On January 12, 2016, Plaintiff filed a *Notice of Dismissal with Prejudice*, voluntarily dismissing all claims in controversy in the above-captioned case. Accordingly, the claims in this case between Plaintiff and Defendants are DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Signed this the 15th day of January, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE